UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11CV-336-H

SPRINGWATER OCOEE                                                                       PLAINTIFF

V.

LOUISVILLE METRO HOUSING AUTHORITY                                DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff has moved requesting certain discovery files from Defendant. Defendant should respond to the motion and confirm whether Defendant has provided Plaintiff with all copies of file materials relating to her interactions with LMHA. The Court reminds the parties that the only remaining claim in this case is for discrimination in housing.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant shall respond to the pending motion requesting files on or before **November 20, 2012.**

cc:     Plaintiff, *Pro Se*
        Counsel of Record